IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS P. O'KEEFE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-3486 |
| | : | |
| CAROLYN W. COLVIN,[1] | : | |
| Acting Commissioner of Social Security | : | |

## ORDER

AND NOW, this 20th day of July, 2015, upon consideration of Plaintiff Francis P. O'Keefe's Brief and Statement of Issues in Support of Request for Review and the Commissioner of Social Security's response thereto, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, Plaintiff's objections thereto, and the Commissioner's response, it is ORDERED:

1. Plaintiff's objections to the Report and Recommendation (Document 14) are SUSTAINED;

2. Plaintiff's Request for Review (Document 8) is GRANTED insofar as he seeks a remand and review of the Commissioner's finding regarding the severity of his mental impairment;

3. JUDGMENT is entered VACATING the final decision of the Commissioner. The matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with this Order; and

4. The Clerk of Court is directed to mark this case CLOSED.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Federal Rule of Civil Procedure 25(d), Colvin is substituted for Michael J. Astrue as the Defendant in this case.

BY THE COURT:


_/s/ Juan R. Sánchez_
Juan R. Sánchez, J.